UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jessica Monique Rowell,

    Plaintiff,

                 Civil No. 12-697 (JNE/AJB)
v.                  ORDER

State & Federal Government,

    Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Arthur J. Boylan, United States Magistrate Judge, on March 21, 2012. The magistrate judge recommended that Plaintiff's application for leave to proceed in forma pauperis ("IFP") be denied and that the action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff filed an objection. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. An IFP application will be denied, and the action will be dismissed, if the IFP applicant has filed a complaint that is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i); *see also Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint . . . is frivolous where it lacks an arguable basis either in law or in fact."). Based on the files, records, and proceedings herein, and for the reasons articulated in the Report and Recommendation, IT IS ORDERED THAT:

1. Plaintiff's application for leave to proceed in forma pauperis [Docket No. 2] is DENIED.

2. This action is SUMMARILY DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  April 11, 2012

                     s/ Joan N. Ericksen
                     JOAN N. ERICKSEN
                     United States District Judge